# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) ) ) ) | |
| ALAN S. COHEN ) ) ) ) | 4:10 MC189 CDP |

## ORDER

This Court has been advised by receipt of a certified copy of the February 26, 2010 order of the Supreme Court of Missouri entered in **In re: Alan S. Cohen**, Cause No. 90622, indicating that Alan S. Cohen has been disbarred from the practice of law by the Supreme Court of Missouri.

Alan S. Cohen has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated March 31, 2010 directing Alan S. Cohen to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served by registered mail on Alan S. Cohen at his last known address on April 9, 2010. No response has been filed by Mr. Cohen. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Alan S. Cohen, pursuant to local rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Alan S. Cohen be disbarred and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this _1st_ day of _June_, 2010

BY THE COURT:

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Senior Judge Donald J. Stohr

_____
Senior Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw